UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS CALDERON,

          Plaintiff,

   v.

CDCR, *et al.*,

          Defendants.

Case No.  2:25-cv-3473-JDP (P)

ORDER; FINDINGS AND RECOMMENDATIONS

Plaintiff, a state prisoner, brings this action and, in a difficult to read complaint, appears to allege that he was wrongfully convicted and that numerous violations of his rights have been committed by an indeterminate number of defendants.  Before this action can proceed, however, plaintiff must pay the filing fee because he is a "three-striker" within the meaning of Title 28 U.S.C. § 1915(g).  Plaintiff has had at least three cases dismissed for failure to state a claim upon which relief can be granted.  The court takes judicial notice of the following cases constituting strikes: (1) *Calderon v. Bonta*, 2:23-cv-0212-KJM-EFB (P), dismissed March 26, 2024; (2) *Calderon v. Bonta*, 2:23-cv-1065-DJC-DMC (P), dismissed February 15, 2024; (3) *Calderon v. Covello*, 2:23-cv-1974-DJC-DB (P), dismissed April 1, 2024.  I relied on the same to find that plaintiff was a three-striker in a previous case before me.  *See Calderon v. Holmes*, No. 2:25-cv-1446-TLN-JDP at ECF Nos. 6 & 8.

1

Plaintiff might be entitled to proceed *in forma pauperis* in spite of this status, if he alleged that he was in imminent danger.  The claims do not make such an allegation, however.  Instead, plaintiff alleges that he was unlawfully convicted and that prison officials have broadly abused inmates in their care.  ECF No. 1 at 5-9.  He does allege that he was assaulted or "victimized" on various occasions between 2021 and 2025, *id.* at 10, but he neither provides specific allegations regarding these incidents nor does he allege adequately that, at the time this complaint was filed, there was a specific, imminent danger.  Indeed, the gravamen his complaint appears to be a desire for state-wide change or reform to the prison system, *id.* at 11, a claim that does not implicate imminent danger.

Accordingly, it is hereby ORDERED that the Clerk of Court assign a district judge to this matter.

Further, it is hereby RECOMMENDED that plaintiff's application to proceed *in forma pauperis*, ECF No. 2, be DENIED and plaintiff be directed to tender the filing fee within twenty-one days of any order adopting these recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.


Dated:    February 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2