UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS CALDERON,

Plaintiff,

v.

CDCR, et al.,

Defendants.

Case No. 2:25-cv-3473-DAD-JDP (P)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*

(Doc. Nos. 2, 9)

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action on December 1, 2025, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On February 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* be denied because he has been found to have suffered three of more dismissals of cases he has brought which qualified as strikes under 28 U.S.C. § 1915(g) and he had failed to allege or make any showing that he fell within the imminent danger exception of that statute. (Doc. No. 9.)

Those findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (*Id.* at 2.) On March 2, 2026, plaintiff filed objections to those findings and

recommendations. (Doc. No. 10.) Those objections are somewhat difficult to decipher but do include plaintiff's conclusory claims that he is not receiving medical care for his illnesses, is being denied law library access and that his civil rights are being violated in numerous ways. (Id.) The undersigned concludes that these objections do not identify a sufficient nexus between any plausibly suggested imminent danger faced by plaintiff and the violations of law alleged in his complaint. *See Ray v. Lara*, 31 F.4th 692, 701 (9th Cir. 2022). Accordingly, plaintiff's objections fail to provide a well-supported basis upon which to reject the pending findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The February 20, 2026 findings and recommendations (Doc. No. 9) are adopted in full;
2. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is DENIED; and
3. Plaintiff is granted twenty–one (21) days from the service of this order to pay the required $405 filing fee to proceed with this action and plaintiff is forewarned that his failure to do so within the time provided may result in dismissal of this action.

IT IS SO ORDERED.

Dated: **November 19, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE